PH

RECEIVED

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 1 5 2010
3-15-10
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kevin MATThews et al

_____
(Name of the plaintiff or plaintiffs)

v.

MC Donald Corp. office et al
and Employees of Mc Donald
manager/assistant Miss Joe Paris et al
_____
(Name of the defendant or defendants)

CIVIL ACTION

NO. 1:10-cv-01655
Judge Robert M. Dow, Jr
Magistrate Judge Maria Valdez

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.
2. The plaintiff is _Kevin MAtthews_ of the county of _Du Page_ in the state of _Illinois_.
3. The defendant is _Mc Donald Restaurants_, whose street address is _2111 Mc Donald Rd Oakbrook IL 60523_,
(city)_____ (county)_____ (state) _IL_ (ZIP) _60523_
(Defendant's telephone number) (_630_) - _836-9090_

II The plaintiff sought employment or was employed by the defendant at (street address) _South 1298 Naper Blvd_ (city) _Naperville_
(county) _Du Page_ (state) _IL_ (ZIP code) _60540_

5. The plaintiff [*check one box*]
   (a) ✔ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ✔ was employed but is no longer employed by the defendant.
6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) _August_, (day) _07_, (year) _2007_.
   until JAN 10, 2008

7.1 *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☑ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)  ☑ the United States Equal Employment Opportunity Commission, on or about (month) _Jan_ (day) _13_ (year) _2008_ .

    (ii)  ☑ the Illinois Department of Human Rights, on or about (month) _april_ (day) _08_ (year) _2009_ .

(b) If charges *were* filed with an agency indicated above, a copy of the charge is ttached. ☐ YES. ☐ NO,

**but plaintiff will file a copy of the charge within 14 days.**
It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

    ☑ Yes (month) _Jan_ (day) _13_ (year) _2008_
    ☐ No, did not file Complaint of Employment Discrimination

2.    The plaintiff received a Final Agency Decision on (month) _Jan_ (day) _13_ (year) _2010_ .

c.    Attached is a copy of the

    a. Complaint of Employment Discrimination,
    ☑ YES  ☐ NO, but a copy will be filed within 14 days.

    (ii)  Final Agency Decision
    ☑ YES  ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) Jan (day) 13 (year) 2010 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☑ Age (Age Discrimination Employment Act).
   (b) ☑ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☑ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☑ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☑ terminated the plaintiff's employment.
    (c) ☑ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☑ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☑ failed to stop harassment;
    (g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
    (h) ☐ other (specify): Un health work environment!

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Refuse to stop harassment on plaintiff. Treated different for latin co-worker. II Failed to reasonably accommodate plaintiff disabilities. III Terminated the plaintiff after filing a formal complaint w/the District Manager. I A form of retaliation by not Honoring payroll check. My payroll check Bounced. Medical Bills reimbursement

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.
(b) ☑ Direct the defendant to re-employ the plaintiff.
(c) ☑ Direct the defendant to promote the plaintiff.
(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
(e) ☑ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
(f) ☐ Direct the defendant to (specify): To Pay Medical Bills Payroll check bounce IFS Fee and penalty. I had and payed for Insurance at McDonald. McDonald didn't pay Medicals. Reimbursement to Illinois Public-Aid

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

*Kevin Matthews*
Plaintiff's signature

*Kevin MATThews*
Plaintiff's name

Plaintiff's street address  204 Bailey Rd Unit J

City Naperville   State IL   ZIP 60565

Plaintiff's telephone number 630-219-3489 Home Phone
331-330-1663   cell phone

Date: Feb 05, 2010



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
EEOC National Toll Free: (800) 669-4000
EEOC National TTY: (800) 669-6820
Chicago Direct Dial: (312) 353-2713
Chicago TTY: (312) 353-2421
Administration Fax: (312) 353-4041
Enforcement/File Disclosure Fax: (312) 886-1168
Federal Sector Fax: (312) 886-5391
Legal Fax: (312) 353-8555
Mediation Fax: (312) 353-6676

May 18, 2009

Mr. Kevin Matthews
~~6561 Naper Blvd. Unit~~ 204 Bailey Rd
Naperville, IL ~~60540~~ 60565

RE: Du Page County Election

Dear Mr. Matthews:

This is to acknowledge your charge of employment discrimination against the above named respondent.

You need do nothing further at this time. The assigned investigator/mediator will contact you when he/she needs further information or assistance.

A copy of your charge will be provided to the Respondent as required by our procedures. Please notify this office of any change in address and phone number.

Sincerely,

Susan L. Smith
Investigator

Enclosure:
    Copy of Charge

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | [ ] FEPA<br>[X] EEOC | 440-2009-04197 |

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Kevin Matthews | (630) ~~355-0275~~ 317-3489 | 01-13-1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| ~~6561 Napor Blvd~~, Unit J, Naperville, IL ~~60540~~ 204 Bailey Rd 60565 60565 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DU PAGE COUNTY ELECTION | 201 - 500 | (630) 407-5600 |

| Street Address | City, State and ZIP Code |
|---|---|
| 421 N. County Farm Road, Wheaton, IL 60187 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE  [X] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [X] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest 04-07-2009

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have been employed with Respondent since 2005. My current position is Election Judge. During my employment, I have been subjected to different terms and conditions of employment, including, but not limited to, being given five-minute lunch breaks. Also, in October 2008, I applied for a position with Respondent as a clerk and was denied employment. Respondent is aware of my disability.

I believe I have been discriminated against because of my race, Black, and sex, male, in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I have been discriminated against because of my age, 46 (d.o.b. 1/13/1963), in violation of the Age Discrimination in Employment Act of 1967, as amended and because of my disability, in violation of the Americans with Disabilities Act of 1990.

RECEIVED EEOC
MAY 11 2009
CHICAGO DISTRICT OFFICE

OFFICIAL SEAL
DEBRA S ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/21/10

*Debra S. Rogers*

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT *MR Kevin Matthews SR* |
| May 02, 2009  *MR Kevin Matthews SR*<br>Date  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)<br>May 6, 2009 |